ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: galen.phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 23-CV-05838-KAW |
| Plaintiff, | |
| v. | WARRANT OF ARREST OF PROPERTY *IN REM* |
| APPROXIMATELY 110607.71 TETHER (USDT), | |
| Defendant. | |

TO:    ANY SPECIAL AGENT OF THE FEDERAL BUREAU OF INVESTIGATIONS OR THE UNITED STATES MARSHAL SERVICE

YOU ARE HEREBY COMMANDED to arrest and seize the defendant, approximately 110607.71 Tether (USDT) and maintain custody of the same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described property, which is the subject of this action shall file their claims with Clerk of the Court, Northern District of California, 1301 Clay Street, Oakland, California 94612 and serve a copy thereof upon the United States Attorney, Attention: Galen A. Phillips, Assistant

United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th floor San Francisco, California 94102, within 35 days after the date of service of the complaint in Accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

      Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California 94612, and copies should be served on Galen A. Phillips, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: 12/01/2023

MARK B. BUSBY
United States District Clerk

_____ W. Noble