UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 110607.71 TETHER (USDT),<br><br>　　　　Defendant. | Case No.23-cv-05838-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 23 |

On November 13, 2024, the Court granted Plaintiff's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff United States of America and against Defendant Approximately 110607.71 Tether (USDT). The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 13, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge